COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



§

ATI JET SALES, LLC,      §      No. 08-21-00208-CV

     Appellant,      §      Appeal from the

v.      §      County Court at Law No. 6

CITY OF EL PASO, TEXAS AND      §      of El Paso County, Texas
MARIA O. PASILLAS, TAX ASSESSOR
– COLLECTOR, CITY OF EL PASO,      §      (TC# 2021DCV1168)

     Appellee.      §

§

§

# **O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on February 24, 2023.

IT IS SO ORDERED this 6th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.